1476

**2013–0797. Pixley v. Pro–Pak Industries, Inc.**
Lucas App. No. L–12–1177, 2013-Ohio-1358. Reported at ___ Ohio St.3d ___, 2014-Ohio-5460, ___N.E.3d ___. On motion for reconsideration. Motion denied.
 PFEIFER and O'NEILL, JJ., dissent.